**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Gary Alan HERNANDEZ, Jr.,**
**Defendant–Appellant.**

**No. 07–50655**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 22, 2008.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Gary Alan Hernandez, Jr., Chaparral, NM, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

**162**

PER CURIAM: *

The attorney appointed to represent Gary Alan Hernandez, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hernandez has filed a response. Our independent review of the record, counsel's brief, and Hernandez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Hernandez's request in his response for appointment of substitute counsel is DENIED.